UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

KENSINGTON PUBLISHING CORP.,

        Plaintiff,

-v-                                            No. 05 Civ. 10529 (LTS)(AJP)

MADRIS GUTIERREZ a/k/a MADRIS DePASTURE
d/b/a NEW CONCEPTS PUBLISHING, and
ANDREA DePASTURE a/k/a JAIDE FOX,

        Defendants.

-------------------------------------------------------x



## ORDER

By Order dated September 25, 2009, the Court ordered the parties to show cause by **Friday, October 9, 2009,** as to why the Summary Judgment Opinion issued in this case and filed under seal on September 28, 2009, should not be entered on the public docket, in full or redacted form, in light of the common law right of access to judicial documents and the qualified First Amendment right of access to judicial records. (Docket entry no. 48.) The Court further ordered that the parties show cause by **Friday, October 23, 2009,** as to why all documents filed under seal in connection with this motion practice shall not be unsealed in whole or in part in light of the authorities identified above. (Id.) Neither party has responded to the Show Cause Order and the time to do so has expired. Accordingly, the Clerk of Court is respectfully directed to unseal the Summary Judgment Opinion (docket entry no. 49) as well as all the documents filed

under seal in connection with this motion practice (docket entry nos. 31, 32, 40, 41, 46 and 47).

SO ORDERED.

Dated: New York, New York
November 10, 2009

/s/ Laura Taylor Swain

LAURA TAYLOR SWAIN
United States District Judge